PS 40 (Rev. 10/14) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT

for the

West Virginia Northern

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
P.O. Box 1227
Sterling, VA 20166-1227

Fax (202) 485-6496
Email: CA-PPT-CourtOrders@state.gov

**FROM:** Evin C. Thomas
Clarksburg Federal Center
320 West Pike Street, Suite 110
Clarksburg, WV 26301

☐ **Original Notice**
**Date:** 08/23/2021
**By:** Chasity D. Dalton

☒ **Notice of Disposition**
**Date:** 02/09/2023
**By:** Chasity Dalton

**Defendant:** George Pierre Tanios

**Case Number:** [0090 1:21CR00222]-[001] transferred Jurisdiction to [0424 1:23CR00004-001]

**Notice of Court Order** (Order Date: 08/20/2021)

☐ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☒ The above-named defendant surrendered passport number 485244763 and/or passport card number _____ to the custody of the U.S. District Court on 08/23/2021.

**NOTICE OF DISPOSITION**
The above case has been disposed of.

☐ The above order of the court is no longer in effect.
☐ Defendant not convicted – Document returned to defendant.
☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.
☒ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court